UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:24-cr-370-VMC-AEP

YARQUIMEDES RODRIGUEZ HILARIO
ADISON DANIEL LOPEZ RAMIREZ

### JUNE 2025 STATUS REPORT

The United States of America files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. <u>Brief summary of the case's status:</u>

The defendants are charged in a firearms trafficking conspiracy as well as for laundering what was believed to be the proceeds of a specified unlawful activity. The defendants were arrested in March 2025. Rodriguez Hilario was granted pretrial release; Lopez Ramirez is detained.

Discovery includes recorded calls, recorded undercover videos, and financial records. It was produced to counsel for both defendants.

2. <u>Possibility of a plea agreement as to each defendant:</u>

The possibility of a plea agreement as to either defendant is not known at this time.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require about three days to present its case-in-chief. There are cooperating defendants in the custody of the Bureau of

Prisons who would need to be transported to the Middle District of Florida in the event that a defendant proceeds with a trial. This process takes between two and three weeks.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending.

5. <u>Potential speedy trial problems:</u>

Counsel for Rodriguez Hilario intends to waive speedy trial through October 31, for which there is no objection. Counsel for Lopez Ramirez will seek a continuance and waiver, too.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Daniel Baeza*
Daniel Baeza
Assistant United States Attorney
United States Attorney No.: 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

U.S. v. Rodriguez Hilario, et al          Case No. 8:24-cr-370-VMC-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Defense Counsel of Record

                                                                           */s/ Daniel Baeza*
                                                                          Daniel Baeza
                                                                          Assistant United States Attorney
                                                                          United States Attorney No.: 164
                                                                          400 N. Tampa Street, Suite 3200
                                                                          Tampa, Florida 33602-4798
                                                                          Telephone: (813) 274-6000
                                                                          Facsimile: (813) 274-6358
                                                                          E-mail: Daniel.Baeza@usdoj.gov