UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>YARQUIMEDES RODRIGUEZ HILARIO, et al.,<br><br>　　　　Defendants. | No. 8:24-CR-370-VMC-AEP |

# DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant Yarquimedes Rodriguez Hilario, by and with his attorneys, Johanes Maliza, Danielle Stone, and Chris Grohman of the law firm Benesch, Friedlander, Coplan & Aronoff, and pursuant to 18 U.S.C. § 3142(c)(3), respectfully moves this Court for the entry of an Order modifying the Order Setting Conditions of Release. *See* Dkt. 9. Specifically, Mr. Rodriguez Hilario asks the Court to remove the condition of location monitoring technology, which in this case, is being accomplished through ankle monitoring. In support, he states as follows:

　　　　1.　　On March 25, 2025, the Court issued an Order Setting Conditions of Release. *See* Dkt. 9.

1

2. Shortly thereafter, Mr. Rodriguez Hilario was released from custody to his home in Cleveland, Ohio. The conditions of bond required him to be at home at almost all times, except for work, healthcare and attorney visits.

3. Since his release, Mr. Rodriguez Hilario has remained in good standing and in full compliance with all conditions imposed by the Court. He has maintained steady employment, working full-time as a barber and has secure housing with his family.

4. On July 9, 2025, following several weeks of scrupulous adherence to his conditions of release, the Court replaced his home detention with an ankle monitor and curfew from 9:00 p.m. until 7:00 a.m. *See* Dkt. 59.

5. Since then, he has followed all rules imposed by the Court and his Pretrial Services Officer. Carl Smith, Supervising Officer of Pretrial Services for the Northern District of Ohio, has confirmed with defense counsel that Mr. Rodriguez Hilario has remained in full compliance with his current bond conditions, and therefore does not oppose this motion.

6. In addition to his demonstrated ability to abide by this Court's conditions of release, Mr. Rodriguez Hilario seeks this modification because he is getting baptized this week and requests that the ankle monitor be

removed prior to the service, because it will interfere with his ability to get baptized.

7. Pre-Trial Services for the Northern District of Ohio is currently where Mr. Rodriguez Hilario is being supervised.

8. The United States, through AUSA Daniel Baeza, does not oppose this motion.

WHEREFORE, Defendant Yarquimedes Rodriguez Hilario respectfully asks that this Court enter an Order modifying the bond conditions, by allowing him to remove his ankle monitor.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | YARQUIMEDES RODRIGUEZ HILARIO |
| August 25, 2025 | /s/ Danielle Stone<br>Johanes C. Maliza (admitted *pro hac vice*)<br>Christopher T. Grohman (admitted *pro hac vice*)<br>Danielle Stone (admitted *pro hac vice*)<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Telephone:   216-363-1503<br>Facsimile:    216-363-4588<br>E-mail:         jmaliza@beneschlaw.com<br><br>*Attorney for Defendant* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Danielle Stone
Danielle Stone
*Counsel for Defendant*