UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YARQUIMEDES RODRIGUEZ HILARIO, et al.,<br><br>  Defendants. | No. 8:24-CR-370-VMC-AEP |

**DEFENDANT'S MOTION FOR TELEPHONIC APPEARANCE**

Defendant YARQUIMEDES RODRIGUEZ HILARIO, through his attorneys, Johanes Maliza, Danielle Stone, and Chris Grohman of the law firm Benesch, Friedlander, Coplan & Aronoff, respectfully move this Court for permission for Defendant and counsel to appear telephonically at the October 16, 2025 Status Conference in this case. Mr. Rodriguez Hilario would also appear via telephone for the conference.

Attorney Maliza, lead counsel in this matter, has an engagement in Chicago, Illinois on October 16, 2025 and appearance at this hearing via telephone would permit him to keep that engagement.

Counsel for the United States, AUSA Daniel Baeza, and Counsel for Mr. Lopez Ramirez, AFPD Stephen Consuegra, do not oppose this motion.

WHEREFORE, Defendant Yarquimedes Rodriguez Hilario respectfully asks that this Court enter an Order permitting Defendant and defense counsel to appear via telephone at the October 16, 2025 hearing.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | YARQUIMEDES RODRIGUEZ HILARIO |
| October 2, 2025 | s/ Johanes Maliza<br>Johanes C. Maliza (admitted *pro hac vice*)<br>Danielle Stone (admitted *pro hac vice*)<br>Benesch, Friedlander, Coplan & Aronoff<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Telephone:   216-363-4500<br>Facsimile:   216-363-4588<br>E-mail:   jmaliza@beneschlaw.com<br>           dstone@beneschlaw.com |
|  | Chris Grohman (admitted *pro hac vice*)<br>Benesch Friedlander Coplan & Aronoff<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312-212-4943<br>E-mail: CGrohman@beneschlaw.com |
|  | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Johanes Maliza
                                                Johanes C. Maliza
                                                *Counsel for Defendant*