UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

YARQUIMEDES RODRIGUEZ
HILARIO, et al.,

Defendants.

No. 8:24-CR-370-VMC-AEP

**MOTION FOR REMOTE APPEARANCE**

Defendant YARQUIMEDES RODRIGUEZ HILARIO, through his attorneys, Johanes Maliza and Chris Grohman of the law firm Benesch, Friedlander, Coplan & Aronoff,  respectfully moves this Court for permission for defense counsel to appear telephonically or via video at the July 16, 2026, Status Conference in this case. Mr. Rodriguez Hilario would also appear remotely for the conference if his presence is required.

Attorney Maliza, lead counsel for Mr. Rodriguez Hilario, makes this request because he will be located  in Cleveland, Ohio at the time of the hearing.  Physical attendance at the status conference in Tampa would be a significant burden.

Since the last status conference, Defense counsel has been in touch with the United States regarding potential resolution of this case prior to trial, and plea negotiations are ongoing.  To the extent plea negotiations do not bear fruit, Defense counsel, counsel for Mr. Lopez, and the counsel for the Government have discussed logistics and planning for a Rule 15 deposition of one of the Government witnesses.  Defense counsel anticipates

1

that the status hearing will largely concern the status of the Government's expected witnesses and availability for trial this fall as previously set.  Defendant is prepared to discuss his position on that matter before the court tomorrow.

Defense counsel has contacted attorneys for both the United States and also for Mr. Lopez Ramirez.  Mr. Lopez Ramirez's attorney does not oppose, and the government's attorney was unavailable for response prior to filing.

WHEREFORE, Defendant Yarquimedes Rodriguez Hilario respectfully asks that this Court enter an Order permitting defense counsel to appear remotely at the July 16, 2026 hearing.

Respectfully submitted,

YARQUIMEDES RODRIGUEZ
HILARIO

July 15, 2026

s/ Johanes Maliza
Johanes C. Maliza (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:    216-363-4500
Facsimile:    216-363-4588
E-mail:       jmaliza@beneschlaw.com


Chris Grohman (admitted *pro hac vice*)
Benesch Friedlander Coplan & Aronoff
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4943
E-mail: CGrohman@beneschlaw.com

*Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/ Johanes Maliza</u>
Johanes C. Maliza
*Counsel for Defendant*

3