UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

YARQUIMEDES RODRIGUEZ HILARIO, et al.,

Defendants.

No. 8:24-CR-370-VMC-AEP

**DEFENDANT'S MOTION TO**
**TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant YARQUIMEDES RODRIGUEZ HILARIO, through his attorneys, Johanes Maliza and Christopher Grohman, of the law firm Benesch, Friedlander, Coplan & Aronoff, and pursuant to 18 U.S.C. § 3142(c)(3), respectfully moves this Court for the entry of an Order temporarily modifying the Order Setting Conditions of Release. *See United States v. Rodriguez Hilario,* Case No. 1:25mj3061 (N.D. Ohio 2025); Dkt. 9. Specifically, Mr. Rodriguez Hilario asks this Court to grant a temporary three-hour extension to his curfew. In support he states as follows:

1. On March 25, 2025, the Court issued an Order Setting Conditions of Release. *See United States v. Rodriguez Hilario,* Case No. 1:25mj3061 (N.D. Ohio 2025); Dkt. 9.

2. Shortly thereafter, Mr. Rodriguez Hilario was released from custody to his home in Cleveland, Ohio. The conditions of bond required him to be at home at almost all times, except for work, healthcare, and attorney visits.

3. Since his release, Mr. Rodriguez Hilario has remained in good standing and in full compliance with all conditions imposed by the Court. He has maintained steady employment working full time as a barber and has secure housing with his family.

4. On July 9, 2025, following several weeks of scrupulous adherence to his conditions of release, the Court replaced his home detention with an ankle monitor and curfew from 9:00 p.m. until 7:00 a.m. *See* Dkt. 60.

5. On September 11, 2025, the Court granted Mr. Rodriguez Hilario's Motion to Modify Conditions of Release and permitted Mr. Rodriguez Hilario to temporarily remove his ankle monitor while he attended his baptism. *See* Dkt. 91.

6. Since then, he has followed all rules imposed by the Court and his Pretrial Services Officer, Carl Smith, Supervising Officer of Pretrial Services for the Northern District of Ohio, has confirmed with defense counsel that Mr. Rodriguez Hilario has remained in full compliance with his current bond conditions.

7. On Sunday, September 20, 2026, Mr. Rodriguez Hilario's daughter will celebrate her first birthday. Mr. Rodriguez Hilario's family has planned a birthday party for the afternoon. The party will be held at an event center in Cleveland, Ohio.

8. Mr. Rodriguez Hilario respectfully requests that his curfew be temporarily extended by three hours on the evening of September 20, 2026, to allow him to attend his daughter's birthday celebration in its entirety. This is a meaningful family occasion, and Mr. Rodriguez Hilario's presence is important to his daughter and his family.

9. In advance of the event, Mr. Rodriguez Hilario will provide Pretrial Services with the time and location of the celebration.

10. Defense counsel has spoken with Carl Smith, Supervising Officer of Pretrial Services for the Northern District of Ohio, who does not oppose a temporary extension of Mr. Rodriguez Hilario's curfew for this occasion.

11. The United States, through AUSA Daniel Baeza, does not oppose this motion.

WHEREFORE, Defendant Yarquimedes Rodriguez Hilario respectfully asks that this Court enter an Order temporarily modifying the bond conditions to permit a three-hour extension of his 9:00 p.m. curfew on September 20, 2026, so that he may attend his daughter's birthday party.

Respectfully submitted,

YARQUIMEDES RODRIGUEZ HILARIO

August 17, 2026

s/ Johanes Maliza
Johanes C. Maliza (admitted *pro hac vice*)
Christopher T. Grohman (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216-363-4500
Facsimile: 216-363-4588
E-mail: jmaliza@beneschlaw.com
cgrohman@beneschlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Johanes Maliza
Johanes C. Maliza
*Counsel for Defendant*