**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

YARQUIMEDES RODRIGUEZ HILARIO, et al.,

Defendants.

No. 8:24-CR-370-VMC-AEP

**MOTION FOR REMOTE APPEARANCE**

Defendant YARQUIMEDES RODRIGUEZ HILARIO, through his attorneys, Johanes Maliza and Christopher T. Grohman of the law firm Benesch, Friedlander, Coplan & Aronoff, respectfully moves this Court for permission for defense counsel to appear telephonically or via video at the September 17, 2026, Status Conference in this case. Mr. Rodriguez Hilario would also appear remotely for the conference if his presence is required.

Attorney Grohman, counsel for Mr. Rodriguez Hilario, makes this request because he will be located in Chicago, Illinois at the time of the hearing. Physical attendance at the status conference in Tampa would be a significant financial burden on Defendant, and a difficult logistical burden for counsel.

Since the last status conference, Defense counsel has been in touch with the United States regarding potential resolution of this case prior to trial, and plea negotiations are ongoing. To the extent plea negotiations do not bear fruit, Defense counsel, counsel for Mr. Lopez, and the counsel for the Government have discussed logistics and planning for

a Rule 15 deposition of one of the Government witnesses. Defense counsel anticipates that the status hearing will largely concern the status of the Government's expected witnesses and availability for trial this fall as previously set. Defendant is prepared to discuss his position on that matter before the court, and will abide by this Court's new trial date as long as it is not continued out too far.

Defense counsel has contacted attorneys for both the United States and also for Mr. Lopez Ramirez. Neither opposes this Motion.

WHEREFORE, Defendant Yarquimedes Rodriguez Hilario respectfully asks that this Court enter an Order permitting defense counsel to appear remotely at the September 17, 2026 hearing.

September 11, 2026

Respectfully submitted,

YARQUIMEDES RODRIGUEZ HILARIO

s/ Christopher T. Grohman
Christopher T. Grohman (admitted *pro hac vice*)
Benesch Friedlander Coplan & Aronoff
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4943
E-mail: CGrohman@beneschlaw.com

Johanes C. Maliza (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216-363-4500
Facsimile: 216-363-4588
E-mail: jmaliza@beneschlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher T. Grohman
Christopher T. Grohman (admitted *pro hac vice*)
Benesch Friedlander Coplan & Aronoff
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4943
E-mail: CGrohman@beneschlaw.com