**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** 8:24-cr-270-VMC-AEP | | **DATE:** | September 30, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>YARQUIMEDES RODRIGUEZ HILARIO<br>ADISON DANIEL LOPEZ RAMIREZ | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Daniel Baeza AUSA | |
| | | **DEFENSE COUNSEL**<br>Stephen Consuegra AFPD<br>Johanes Maliza Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 3:36 to 3:44 | **TOTAL: 8** min | **PRETRIAL** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: MOTION HEARING (VIA TELEPHONE)**

**Defendants are not present.**

**MOTION to Take Deposition by USA as to Yarquimedes Rodriguez Hilario, Adison Daniel Lopez Ramirez (#150).**

**No objection by either defendant.**

**Defendant Hilario has a plea hearing scheduled before the deposition.**

**Court to grant the motion and direct the government to arrange the scheduling and logistics.**

**Deposition to be taken by November 1, 2026.**