**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | **8:24-cr-370-VMC-AEP** | **DATE:** | October 22, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br><br>v.<br><br>YARQUIMEDES RODRIGUEZ HILARIO | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Daniel Baeza, AUSA | |
| | | **DEFENSE COUNSEL**<br>Johanes Maliza, Retained | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Octavia Jarnegan |
| **TIME:** 10:04 am -10:49 am | **TOTAL:** 45 minutes | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: GUILTY PLEA HEARING**

Plea Agreements filed. Interpreter sworn. Defendants sworn.

Plea of guilty entered as to Count Three of the Superseding Indictment.

Factual basis established.

Adjudication of GUILT DEFERRED.

Referred to probation for Pre-Sentence Investigation

SENTENCING SCHEDULED FOR: To be determined.

DEFENDANTS – BOND CONTINUED.