**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v. Case No. 8:24-cr-370-VMC-AEP

YARQUIMEDES RODRIQUEZ HILARIO, et al

Defendant.
__________________________________/

## NOTICE OF DEPOSITION

TO: Stephen Consuegra
400 North Tampa Street
Room 2700,
Tampa, FL 33602
Stephen_consuegra@fd.org

**PLEASE TAKE NOTICE** that the United States will take the deposition, by oral examination, of the person named below on the day, at the hour, and at the place indicated.

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| SA Carlos Valles | November 16, 2026<br>10:00 a.m. GMT-6 | ATF/Denver<br>950 17th St,<br>Suite 300<br>Denver, CO 80202 |

The deposition will be taken before a court reporter who is not of counsel to either of the parties or interested in the outcome of the cause. The deposition is being taken pursuant to the Federal Rules of Criminal Procedure and for such purposes as are permitted under the Federal Rules of Criminal Procedure and Federal Rules of Evidence.

**I HEREBY CERTIFY** that this Notice of Deposition was sent by e-mail to counsel of record on this 28th day of October 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*By:* *<u>/s/ Daniel Baeza</u>*

Daniel Baeza
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

Cc: Erin Daher
Rocky Mountain Court Reporting
depo@rmreporting.com